**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

J & J SPORTS PRODUCTIONS INC.,   Civil Action No. 12-14122

        Plaintiff(s),   Magistrate Judge Mark A. Randon
vs.

ANTHONY J. PERNA, et al,

        Defendant(s).
_____/

## NOTICE OF SETTLEMENT CONFERENCE

**Take notice** that a **Settlement Conference with Client(s)/Client Representative(s), Including Those with Full Settlement Authority** in the above-entitled case has been set for **April 9, 2013, at 1:30p.m.** before Magistrate Judge Mark A. Randon, 231 W. Lafayette, Room 619, Detroit, MI 48226.

    Please note the following:

1. One week prior to the conference, it is recommended that parties submit a concise statement summarizing their position(s), **not to exceed two pages**. The statement should be delivered or faxed (313-234-5549) directly to chambers and **is not to be filed with the Court**.

2. Parties must give the names of the persons attending the conference, including the names of those with full settlement authority, to the secretary no later than noon the day before the scheduled conference.

3. If the parties with full settlement authority are not present on the date of the conference, the conference will be cancelled and sanctions will be imposed.

Dated: 4/3/13                          Mark A. Randon
                                        United States Magistrate Judge

                                        s/Eddrey Butts
                                        Case Manager

Proof of Service

I certify that this document was served upon counsel of record via the Court's ECF system and/or U. S. Mail on 4/3/13.

                                          s/Eddrey Butts
                                        Case Manager to Magistrate Judge Mark A. Randon